UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOSE MONTANEZ,<br><br>Defendant | Criminal No.  20cr10290<br><br>Violation:<br><br>Count One: Felon in Possession of<br>Firearm and Ammunition<br>(18 U.S.C. § 922(g)(1))<br><br>Forfeiture Allegation:<br>(18 U.S.C. § 924(d); 28 U.S.C. § 2461(c)) |

## INDICTMENT

### COUNT ONE
Felon in Possession of Firearm and Ammunition
(18 U.S.C. § 922(g)(1))

The Grand Jury charges:

On July 15, 2020, in the District of Massachusetts, the defendant,

JOSE MONTANEZ,

knowing that he was previously convicted in a court of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, a firearm and ammunition, that is, a Smith and Wesson .380 Bodyguard, serial number KFS5969; an H&R .22 caliber revolver, serial number P440960; a Springfield XD-40 .40 caliber handgun, serial number US297576; 6 rounds of .380 ammunition; and 279 rounds of .22 caliber ammunition.

All in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION
(18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c))

The Grand Jury further finds:

1. Upon conviction of being a felon in possession of a firearm, in violation of 18 U.S.C. § 922(g)(1), set forth in Count One, the defendant,

JOSE MONTANEZ,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), any firearm or ammunition involved in or used in any knowing commission of the offense. The property to be forfeited includes, but is not limited to, the following:

   a. Smith and Wesson .380 Bodyguard, serial number KFS5969
   b. H&R .22 caliber revolver, serial number P440960
   c. Springfield XD-40 .40 caliber handgun, serial number US297576;
   d. 12 rounds of .380 caliber ammunition;
   e. 24 rounds of .40 caliber ammunition;
   f. 29 rounds of Winchester .40 caliber ammunition; and
   g. 279 rounds of .22 caliber ammunition.

If any of the property described in Paragraph 1, above, as being forfeitable pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), as a result of any act or omission of the defendant --

   a. cannot be located upon the exercise of due diligence;
   b. has been transferred or sold to, or deposited with, a third party;
   c. has been placed beyond the jurisdiction of the Court;

  d. has been substantially diminished in value; or

  e. has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 28, United States Code, Section 2461(c), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in Paragraph 1 above.

  All pursuant to Title 18, United States Code, Section 924, and Title 28, United States Code, Section 2461.

A TRUE BILL

*[signature]*
FOREPERSON

*[signature]*

EVAN GOTLOB
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF MASSACHUSETTS

District of Massachusetts: November 19, 2020
Returned into the District Court by the Grand Jurors and filed.

/s/ Thomas F. Quinn  11/19/20 @ 4:05pm
DEPUTY CLERK